UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REVELEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.,<br><br>  Defendants. | Case No. 22-cv-01738 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PROVIDE MORE INFORMATION FOR UNSERVED DEFENDANTS**<br><br>(Docket No. 22) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against defendants at San Quentin State Prison ("SQSP") where the underlying incident occurred. On July 19, 2023, the Court directed Plaintiff to provide more information for unserved Defendants D'Tamaso and Whitney, to avoid dismissal under Federal Rule of Civil Procedure 4(m). Dkt. No. 21. Plaintiff was directed to file a response within twenty-eight (28) days from the date the order was filed. *Id.* at 2.

Plaintiff filed a request for a 60-day extension of time to locate Defendants. Dkt. No. 22. Good cause appearing, the request is GRANTED. Plaintiff must file a notice providing the Court with more information regarding the current whereabouts for **Defendants Sgt. D'Tamaso and Sgt. Whitney or sufficient identifying information** such that the Marshal is able to effect service. If Plaintiff fails to provide the Court with

the information requested **by October 18, 2023,** Plaintiff's claims against Defendants shall be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure without further notice to Plaintiff.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated:  __August 22, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT for Pl to Provide More Info
PRO-SE\BLF\CR.22\01738Revelez_moreinfo-eot

2