UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REVELEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-01738 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against defendants at San Quentin State Prison ("SQSP") where the underlying incident occurred. Dkt. Nos. 1, 12. The Court found the pleadings stated a cognizable failure-to-protect claim against Defendants Tomaso and Whitney, and ordered service. Dkt. No. 15. The CDCR filed a first notice of Report of E-Service Waiver on April 7, 2023, indicating that neither of these Defendants could be identified. Dkt. No. 16. The Court ordered service again, with additional information to aid in the identification of Defendants. Dkt. No. 17. The CDCR's subsequent responses indicated that a search for these two Defendants was conducted with no success: "unable to find any employee with those last names." Dkt. Nos. 19, 20.

On July 19, 2023, the Court directed Plaintiff to provide more information for these

unserved Defendants.  Dkt. No. 21.  In the same order, the Litigation Coordinator at SQSP was requested to assist in identifying the Defendants based on information contained in the pleadings.  *Id.*  On August 22, 2023, the Court granted Plaintiff's motion for an extension of time to provide more information for the unserved Defendants.  Dkt. No. 25.

On the same day, the CDCR filed another response stating as follows: "I reviewed SQ incident log SQP-003-18-03-0105, and was unable to locate Sergeants by the name of D'Tamaso or Whitney. The only Sergeant listed on this incident is A. Cuevas." Dkt. No. 24.  In light of this information provided by the CDCR, on August 30, 2023, the Court directed Plaintiff to file notice regarding how he wishes to proceed in this matter.  Dkt. No. 26.  He was advised that he may either continue to attempt to locate Defendants D'Tamaso and Whitney and provide the information by October 18, 2023, or file another amended complaint to remove Defendants D'Tamaso and Whitney from this action and replace Sgt. A. Cuevas as the appropriate Defendant in this matter.  *Id.* at 2.

If Plaintiff chose the first course of action, he was to file notice no later than twenty-eight days from the date the order was filed, *i.e.*, no later than September 27, 2023.  *Id.*  Then he would have until October 18, 2023, to file the necessary information for these Defendants.  *Id.*  If by that deadline Plaintiff failed to provide the Court with the information sufficient for the Marshal to serve the complaint, his claims against Defendants D'Tamaso and Whitney would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure without further notice to Plaintiff.  *Id.*

In the alternative, if Plaintiff wished to file a second amended complaint to name Sgt. A. Cuevas as the proper Defendant, he was to file a notice and a second amended complaint that supersedes the original and supplemental no later than twenty-eight days from the date this order is filed.  *Id.*

The September 27, 2023 deadline to file a notice for either course of action has long since passed, and Plaintiff has filed no response.  Nor has he filed the necessary information to serve the named Defendants in this action by October 18, 2023.  The Court

has afforded Plaintiff ample time and opportunity to obtain a current location for Defendants D'Tamaso and Whitney in order to proceed with this action, and he has failed to do so. The CDCR has also attempted to identify these Defendants but have yielded no results. Accordingly, the Court has no choice but to dismiss Plaintiff's claims against Defendants D'Tamaso and Whitney without prejudice under Rule 4(m). Nor has Plaintiff filed a second amended complaint to replace Sgt. A. Cuevas as a defendant in this action. Because there are no remaining Defendants, this action must be closed.

## CONCLUSION

For the reasons discussed above, Plaintiff's claims against Defendants D'Tamaso and Whitney are **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk shall terminate any pending motions and close this action.

**IT IS SO ORDERED.**

Dated: ___November 2, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\01738Revelez_dism(4m)

3