UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REVELEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>        Defendants. | Case No. 22-cv-01738 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _November 2, 2023_____

                              BETH LABSON FREEMAN
                              United States District Judge

Judgment
PRO-SE\BLF\CR.22\01738Revelez_judgment